cuit Court of Appeals for the Eighth Circuit denied. *Messrs. Godfrey Goldmark* and *Henry N. Ess* for petitioners. *Messrs. John L. Rice, William S. Hogsett, Hale Houts, Andrew C. Scott, J. C. James, Walter McFarland,* and *Eldon Martin* for respondent.

No. 1022. MAINE *v.* UNITED STATES. June 14, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Messrs. Frank I. Cowan,* Attorney General of Maine, and *Nathan W. Thompson* for petitioner. *Solicitor General Fahy, Assistant Attorney General Shea,* and *Mr. J. Frank Staley* for the United States.

No. 1023. MALTZ, DOING BUSINESS AS EXCEL MANUFACTURING Co., *v.* SAX ET AL. June 14, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Myer N. Rosengard* for petitioner. *Messrs. Claude A. Roth* and *Harry E. Smoot* for respondents.

No. 1024. BECKER *v.* LOEW's, INCORPORATED. June 14, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Moses Levitan* for petitioner. *Mr. Herbert M. Lautmann* for respondent.

No. 1025. MONTANA *v.* UNITED STATES. June 14, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. R. V. Bottomly,* Attorney General of Montana, for petitioner. *Solicitor General Fahy, Assistant Attorney General Littell,*

and *Messrs. Vernon L. Wilkinson* and *Dwight D. Doty* for the United States.

No. 1026.   C. P. A. COMPANY *v.* HELVERING, COMMISSIONER OF INTERNAL REVENUE.   June 14, 1943.   Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied.   *Mr. John M. Hudson* for petitioner.   *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr.,* and *Messrs. Sewall Key, Samuel H. Levy,* and *F. E. Youngman* for respondent.

No. 1029.   KERTESS ET AL. *v.* UNITED STATES.   June 14, 1943.   Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied.   *Mr. Joseph H. Broderick* for petitioners.   *Solicitor General Fahy* and *Mr. Robert L. Stern* for the United States.

No. 1031.   TRAVELERS INSURANCE Co. *v.* MAGILL, CONSERVATOR.   June 14, 1943.   Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied.   *Mr. James C. Jones, Jr.* for petitioner.   *Mr. J. L. London* for respondent.

No. 1033.   DOUCHAN *v.* UNITED STATES.   June 14, 1943.   Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied.   *Mr. Charles A. Meyer* for petitioner.   *Solicitor General Fahy, Assistant Attorney General Berge,* and *Messrs. Oscar A. Provost* and *Valentine Brookes* and *Miss Beatrice Rosenberg* for the United States.